FILED
October 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002175638

2
WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,<br><br>    Debtor.<br><br>Tax ID #: 94-1529883<br>Address: 372 W. Cypress Avenue<br>    Reedley, CA 93654 | CASE NO. 09-19728-B-9<br><br>Chapter 9<br><br>DC No.: WW-2<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare St., Fifth Floor<br>    Fresno, CA 93721<br>    Courtroom 12,<br>Judge: Honorable W. Richard Lee |

**APPLICATION FOR ORDER SHORTENING TIME ON DEBTOR'S APPLICATION FOR ORDER APPROVING FORM AND MANNER OF NOTICE BY PUBLICATION OF DEBTOR'S CHAPTER 9 BANKRUPTCY IN A NEWSPAPER OF GENERAL CIRCULATION AND A NEWSPAPER OF GENERAL CIRCULATION AMONG BONDHOLDERS**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

Sierra Kings Health Care District ("SKHCD"), Debtor, by and through its counsel, respectfully seeks an Order Shortening Time for notice on the below request for relief:

1. TITLE OF MOTION: Application For Order Approving Form and Manner of Notice by Publication of Debtor's Chapter 9 Bankruptcy in a Newspaper of

APPLICATION FOR ORDER SHORTENING TIME     -1-     M:\S-U\Sierra Kings Health Care District\Pleadings\WW-2 Notice by Publication\ost.app.101209.gaa.docx

General Circulation and a Newspaper of General Circulation Among Bondholders.

2. RELIEF SOUGHT BY MOTION: Permission to give notice by publication of Debtor's Chapter 9 Bankruptcy.

3. REASON FOR REQUEST: Notice by publication will reduce costs of administration of this Chapter 9 proceeding and provide broad notice to the bonder holder community.

4. DATE REQUESTED: November 19, 2009, at 9:00 a.m., in Fresno, California.

WHEREFORE, Debtor requests that this Court enter its Order as follows:

1. That this Application be granted.

2. That the time for notice on the Motion be shortened so that it may be heard on November 19, 2009, at 9:00 a.m. in Fresno.

3. Debtors shall give notice to the U.S. Trustee; Debtor; Counsel for Debtor; Special Notice; Indenture Trustee(s); Paying Agents; Bond Insurers; 20 Largest Unsecured Creditors; Secured Creditors; and Taxing Authorities by email or facsimile and U.S. Mail by November 11, 2009.

4. Objections to the Motion, if any, may be raised at the hearing.

5. For such other relief as is just and proper.

Dated: October 23, 2009      WALTER & WILHELM LAW GROUP,
                             a Professional corporation

                             By: ___/s/ Riley C. Walter_____
                                 Riley C. Walter
                                 Attorneys for Debtor