FILED
December 15, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002286833

2

1   René Lastreto, II, #100993
    rl2@rlplaw.net
2   Mark L. Creede, #128418
    mlc@lrplaw.net
3   Lang, Richert & Patch
    Post Office Box 40012
4   Fresno, California 93755-0012
    (559) 228-6700 Phone
5   (559) 228-6727 Fax
    M:\18376\Pleadings\decl-ww-7.wpd:cm
6

7   Attorneys for ZUMWALT CONSTRUCTION, INC.

8

9               IN THE UNITED STATES BANKRUPTCY COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                          FRESNO DIVISION

12  In the Matter of                    Case No. 09-19728-B-9

13                                       Chapter 9

14                                       **DOCKET CONTROL NO.: WW-7**
    SIERRA KINGS HEALTH CARE DISTRICT
15                                       Date:   December 16, 2009
                                         Time:   9:00 a.m.
16                                       Place:  2500 Tulare Street
            Debtors                              Fresno, CA 93721
17                                       Courtroom: 12
                                         Judge: Honorable W. Richard Lee
18

19          **DECLARATION OF RENE LASTRETO, II IN SUPPORT**
            **OF ZUMWALT CONSTRUCTION, INC.'S OBJECTION**
20           **TO MOTION FOR AUTHORITY TO COMPROMISE**

21          René Lastreto, II declares and states:

22          1.      I am an attorney at law and a shareholder in Lang, Richert & Patch, attorneys at law,

23  a professional corporation, counsel for Zumwalt Construction, Inc. ("ZCI") in this matter.  If called

24  as a witness in this matter, I would be competent to testify to the truth of the following facts each

25  of which are within my personal knowledge.

26          2.      I make this Declaration in support of an Objection of ZCI to the Debtor's Motion

27  for Authority to Compromise.  By making this Declaration, I do not intend to waive any

28  _____

Declaration of Rene Lastreto, II in Support of ZCI's          -1-
Objection to Motion for Authority to Compromise
(WW-7)

1   attorney/client or work product privileges and I intend to assert those privileges should it be

2   necessary.

3          3.     ZCI has authorized the filing of this Declaration.  The filing of this Declaration

4   should not be construed as a waiver by Lang, Richert & Patch or any of its attorneys or employees

5   of any attorney/client or work product privileges.  Those privileges will be asserted should it be

6   necessary.

7          4.     I attended a meeting with Riley C. Walter, Esq. and Mike Buckley, Esq. immediately

8   after the hearing on December 9, 2009.  At that meeting, several things were discussed.  However,

9   Mr. Buckley indicated that he would send a copy of the indenture documents relating to the bond

10  issuance to me.

11         5.     I did not receive the indenture documents until mid-morning December 14, 2009.

12  A copy of the indenture received by e-mail from Mr. Walter's office is submitted herewith as

13  Exhibit "A."

14         6.     The indenture was received from Mr. Walter's office.  The indenture was sent to me

15  by Mr. Walter's assistant, Ms. Gable Alfono.   The e-mail was similar to many e-mail

16  communications I receive from Mr. Walter's office as an ordinary course of business.  It was

17  received by our master server and then sent to me following ordinary business practices.

18         7.     To date, ZCI has submitted contract payment requests and claims to Sierra Kings

19  Health Care District relating to the construction of the improvements, which remain unpaid,

20  including the Emergency Room and Labor and Delivery Room totaling $2,879,309.38.  Of that sum,

21  $1,524.064.84 is being held in an escrow account, and the remaining portions are sums ZCI seeks

22  to be paid by the Debtor from non-escrowed funds.

23         I declare under penalty of perjury the foregoing is true and correct.

24  DATED: December 15, 2009

25

26

27  _____
    RENE LASTRETO, II

28

_____
Declaration of Rene Lastreto, II in Support of ZCI's        -2-
Objection to Motion for Authority to Compromise
(WW-7)