FILED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002507903

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,<br><br>Debtor.<br><br>Tax ID #: 94-1529883<br>Address: 372 W. Cypress Avenue<br>Reedley, CA 93654 | CASE NO. 09-19728-B-9<br>Chapter 9<br>DC No.: WW-28<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 12<br>Judge: Honorable W. Richard Lee |

**APPLICATION FOR ORDER SHORTENING TIME ON
MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

Sierra Kings Health Care District ("Debtor"), by and through its counsel, respectfully seeks an Order Shortening Time for notice on the below motion:

1. TITLE OF MOTION: Motion for Authority to Borrow and Give Security.

2. RELIEF SOUGHT BY MOTION: To borrow money from the City of Reedley and HFS Consultants to post funds to be able to receive matching IGT Funds.

-1-

APPLICATION FOR ORDER SHORTENING TIME ON
MOTION FOR AUTHORITY TO BORROW AND GIVE
SECURITY

M:\S-U\Sierra Kings Health Care
District\Pleadings\WW-28 Motion to Borrow
and Give
Security\ost.app.032410.gaa.docx

3. REASON FOR REQUEST: Debtor seeks relief to borrow up to $1.6 million to receive back about $3.1 million of matching funds for a net of about $1.5 million. The Debtor must seek and obtain authority by March 31, 2010 or it forfeits this opportunity.

4. DATE REQUESTED: March 31, 2010 at 9:00 o'clock in Fresno.

WHEREFORE, Debtor requests that this Court enter its Order as follows:

1. That this Application be granted.

2. That the time for notice on the Motion for Authority to Borrow and Give Security be shortened so that it may be heard on March 31, 2010 at 9:00 o'clock in Fresno.

3. Debtor shall give notice to prescribed service list by March 24, 2010.

4. Objections to the Motion, if any, may be raised at the hearing.

5. For such other relief as is just and proper.

Dated: March 24, 2010      WALTER & WILHELM LAW GROUP
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor