FILED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002507905

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,

Debtor.

Tax ID #: 94-1529883
Address: 372 W. Cypress Avenue
Reedley, CA 93654

CASE NO. 09-19728-B-9

Chapter 9

DC No.: WW-28

Date: N/A
Time: N/A
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 12
Judge: Honorable W. Richard Lee

**EXHIBIT TO DECLARATION OF RILEY C. WALTER IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY**

///
///
///
///
///
///

| EXHIBIT | | PAGES |
|---|---|---|
| A | Motion for Authority to Borrow and Give Security | 4 |

Dated: March 24, 2010

WALTER & WILHELM LAW GROUP
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor

EXHIBIT TO DECLARATION OF RILEY C. WALTER IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY

-2-

M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\ost.exh.page.032410.gaa.docx

```
 1  4
    WALTER & WILHELM LAW GROUP                                    (SPACE BELOW FOR FILING STAMP ONLY)
 2  a Professional Corporation
    Riley C. Walter #91839
 3  8305 North Fresno Street, Ste. 410
    Fresno, CA 93720
 4  Telephone:    (559) 435-9800
    Facsimile:    (559) 435-9868
 5  E-mail:       rileywalter@W2LG.com

 6
    Attorneys for Debtor
 7

 8                    IN THE UNITED STATES BANKRUPTCY COURT

 9                        EASTERN DISTRICT OF CALIFORNIA

10                               FRESNO DIVISION

11

12  In re                                CASE NO.  09-19728-B-9

13  SIERRA KINGS HEALTH CARE             Chapter 9
    DISTRICT, a California Health Care
14  District,                            DC No.: WW-28

15       Debtor.                         Date:    March 31, 2010
                                         Time:    9:00 o'clock
16  Tax ID #:   94-1529883               Place:   2500 Tulare Street
    Address:    372 W. Cypress Avenue             Fresno, CA  93721
17              Reedley, CA 93654                 Courtroom 12
                                         Judge:   Honorable W. Richard Lee
18
```

**MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Sierra Kings Health Care District (hereinafter "Debtor") hereby submits this Motion for Authority to Borrow and Give Security ("Motion"). Per the Motion, the Debtor seeks an order, pursuant to Section 364(d) of the Bankruptcy Code and BR 4001(d), in the form included herewith as Exhibit "A" authorizing the Debtor to obtain Post Petition Financing from the City of Reedley and HFS Consultants ("Lenders") in the amount of

MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY    -1-    M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\motion.v2.032410.gaa.docx

EXHIBIT A
Page 1 Of 4

up to $1,600,000.00 (the "Agreement"). In support of the Motion, the Debtor alleges as follows:

1. The Debtor has urgent need to borrow money so it can receive matching funds.

2. On October 8, 2009, the Debtor filed a Chapter 9 case in the United States Bankruptcy Court for the Eastern District of California, Fresno Division.

3. The Debtor is a California health care district serving the needs of hundreds of thousands of people in the southeast part of Fresno County and northeast part of Tulare County.

4. Very recently the Debtor has become aware of the opportunity to file an application to receive certain matching funds from the federal government on account of the Medicaid program. The funds in question generally referred to as IGT funds, are available only for a very short period of time, hence the emergency nature of this motion.

5. By the motion, the Debtor seeks authority to borrow up to $1.6 million dollars (the "Reedley Funds") from the City of Reedley and HFS Consultants. Said 1.6 million dollars will be paid over to the California Medical Assistance Corporation, an agency of the State of California. The application will then be processed and in approximately six to eight weeks the Debtor is to receive approximately 3.1 million dollars, net of certain funds that will be taken by the State of California (hereinafter the "IGT Funds").

6. Once the IGT Funds are returned, the Debtor will repay the loans for $1.6 million dollars and will use the remaining 1.5 million dollars in its operations.
MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY -2- M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\motion.v2.032410.gaa.docx

EXHIBIT A
Page 2 Of 4

7. The Debtor contends that the Reedley Funds are not "special revenues" as defined in Chapter 9 of Title 11, nor otherwise subject to any perfected security interest or lien. As such, the Reedley Funds to be received are not subject to existing liens or encumbrances, however, out of an abundance of caution, the Debtor seeks authority to borrow the needed funds from the City of Reedley and HFS Consultants by giving a Section 364(d) security interest in the IGT matching funds just in case any existing liens do not exist.

8. Thus, in essence, the Debtor seeks authority to borrow up to $1.6 million dollars from the City of Reedley and HFS Consultants. It will pay interest on the borrowed funds at the rate of 5% per annum. To secure repayment the Debtor will give a first priority security interest to the City of Reedley and HFS Consultants Funds that result from the loan. The first priority security interest given will not trump or prime any other liens of any creditor.

9. Nothing in this Motion is intended to abridge or amend any provision of the Order on the Motion for Authority to Compromise entered by this Court on December 24, 2009.

10. The Debtor does not have funds of its own to put up for the matching funds. It did discuss borrowing said sums from other lenders, including, the County of Fresno, without success. The Debtor asserts that the subject loans from the City of Reedley and HFS Consultants are commercially reasonable under the circumstances and with the use of the funds to be borrowed the Debtor will receive a significant infusion of operating capital that will better allow it to pay its operating expenses and bond debt service requirements, which are for and in the best interest of the District and all of its creditors.

MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY -3-
M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\motion.v2.032410.gaa.docx

EXHIBIT A
Page 3 Of 4

11. The Debtor has sought and obtained the consent to the borrowing from Bank of New York Mellon, the Indenture Trustee on the Debtor's 2006 revenue bonds.

WHEREFORE, the Debtor prays that it be authorized to borrow up to $1.6 million dollars from the City of Reedley and HFS Consultants on the terms aforesaid and referenced herein and seeks such other and further relief as is just and proper.

Dated: March ____, 2010

WALTER & WILHELM LAW GROUP
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for
Debtor

MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY -4-

M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\motion.v2.032410.gaa.docx

EXHIBIT A
Page 4 Of 4