6
WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**SIERRA KINGS HEALTH CARE DISTRICT**, a California Health Care District,<br><br>Debtor.<br><br>Tax ID #: 94-1529883<br>Address: 372 W. Cypress Avenue<br>Reedley, CA 93654 | CASE NO. 09-19728-B-9<br><br>Chapter 9<br><br>DC No.: WW-28<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 12<br>Judge: Honorable W. Richard Lee |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter & Wilhelm Law Group, 8305 North Fresno Street, Suite 410, Fresno, CA 93720.

On March 24, 2010, I served the foregoing document(s) described as:

1. Application for Order Shortening Time on Motion for Authority to Borrow and Give Security;

2. Declaration of Riley C. Walter in Support of Application for Order Shortening Time on Motion for Authority to Borrow and Give Security;

3. Exhibit to Declaration of Riley C. Walter in Support of Application for Order Shortening Time on Motion for Authority to Borrow and Give Security; and

4. [Proposed] Order Shortening Time on Motion for Authority to Borrow and Give Security.

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

__X__ **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

__X__ **(E-MAIL SERVICE)** I transmitted via electronic (e-mail) mail to the attached e-mail addresses, the above described documents.

__X__ **(FACSIMILE)** I transmitted via telefax from the following number: (559) 435-9868, the described document to the telefax numbers shown above for each of the named addressees commencing at 10:38 am *(insert time)*.

Executed on March 24, 2010, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



PROOF OF SERVICE -2-

M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\pos.ost.031210.gaa.docx

# Service List

Debtor
Sierra Kings Health Care District
372 W. Cypress Ave.
Reedley, CA 93654
shaskins@skdh.org

Debtor - Additional Address
Sierra Kings Health Care District
372 W. Cypress Ave.
Reedley, CA 93654
tjacques@skdh.org

United States Trustee
United States Courthouse
2500 Tulare St., Ste. 1401
Fresno, CA 93721-1326
ustpRegion17.fr.ecf@usdoj.gov

## Special Notice

BETA Healthcare Group
c/o Gerald N. Sims, Esq.
Pyle, Sims, Duncan & Stevenson
401 B St., Ste. 1500
San Diego, CA 92101
jerrys@psdslaw.com

Bonnie Connolly
Pyle, Sims, Duncan & Stevenson
401 B St., Ste. 1500
San Diego, CA 92101
bonniec@psdslaw.com

René Lastreto, II, Esq.
Lang, Richert & Patch
PO Box 40012
Fresno, CA 93755-0012
rl2@lrplaw.net

Mark L. Creede, Esq.
Lang, Richert & Patch
PO Box 40012
Fresno, CA 93755-0012
mlc@lrplaw.net

Scott J. Ivy, Esq.
Lang, Richert & Patch
PO Box 40012
Fresno, CA 93755-0012
sji@lrplaw.net

Michael W. Goldring, Esq.
Fishman, Larsen, Goldring & Zeitler
7112 N. Fresno St., Ste. 450
Fresno, CA 93720
goldring@flgz.net

George B. South, III, Esq.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036
gsouth@kslaw.com

Daniel G. Egan, Esq.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036
degan@kslaw.com

Hagop T. Bedoyan
Klein, DeNatale, et al
5260 N. Palm Ave., #201
Fresno, CA 93704
hbedoyan@kleinlaw.com

Connie M. Parker
Klein, DeNatale, et al
5260 N. Palm Ave., #201
Fresno, CA 93704
cparker@kleinlaw.com

Mike C. Buckley, Esq.
Reed Smith LLP
101 2nd St.
San Francisco, CA 94105
mbuckley@reedsmith.com

Molly J. Baier, Esq.
Reed Smith LLP
101 2nd St.
San Francisco, CA 94105
mbaier@reedsmith.com

G. L. Hicks Financial, LLC
5033 Riverpark Way
Provo, UT 84604

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 E. Wells St., Ste. 1900
Milwaukee, WI 53202

Peter D. Gordon
8052 Melrose Ave., Fl. 2
Los Angeles, CA 90046-7015

Dale Bacigalupi
Lozano Smith
7404 North Spalding Avenue
Fresno, CA 93720
dbacigalupi@lozanosmith.com

## Indenture Trustees; Paying Agents; Bond Insurers

The Bank of New York Mellon
M. Meza Paying Agent -02/07/09 GO Bonds
700 S. Flower St., Ste. 500
Los Angeles, CA 90017-4104
mmeza@bankofny.com

The Bank of New York Mellon
M. Meza Indenture Trustee-2006A/B Rev Bonds
700 S. Flower St., Ste. 500
Los Angeles, CA 90017-4104
mmeza@bankofny.com

Katherine A. Carey, Esq.
Kutak Rock LLP
18201 Von Karman, Ste. 1100
Irvine, CA 92612-1077
katherine.carey@kutakrock.com

Guy S. Neal, Esq.
Sidley Austin LLP
1501 K St. NW
Washington, DC 20005
gneal@sidley.com

Peter L. Canzano, Esq.
Sidley Austin LLP
1501 K St. NW
Washington, DC 20005
pcanzano@sidley.com

Ariella Thal Simonds, Esq.
Sidley Austin LLP
555 W. 5th St., Ste. 4000
Los Angeles, CA 90013
asimonds@sidley.com

J. Michael Higginbotham, Esq.
Long & Levit LLP
465 California St., 5th Floor
San Francisco, CA 94104
mhigginbotham@longlevit.com

## 20 Largest Unsecured Creditors

Bloss Memorial Hospital
3605 Hospital Rd.
Atwater, CA 95301
ableb@castlefamilyhealth.org

GE Medical Systems
PO Box 843553
Dallas, TX 72284-3553
douglas.dietzen@ge.com

Medical Staffing Network
PO Box 840416
Dallas, TX 75284-0416
jacquelinegallmon@msnhealth.com

Zumwalt Construction, Inc.
5520 E. Lamona Ave.
Fresno, CA 93727
tmartin@zumwaltconst.com

Genetic Disease Branch
Department of Health Services
2163 Meeker Ave.
Richmond, CA 94804-6410

Perot Systems Revenue Cycle
12020 Collections Center Drive
Chicago, IL 60693
rainie.kleckner@ps.net

GE Healthcare/Attn: Doug Dietzen
Mail Stop WT897
3200 N. Grandview Blvd.
Waukesha, WI 53188-1693
douglas.dietzen@ge.com

HFS Consultants
505 14th St., Fl. 5
Oakland, CA 94612
rgianello@hfsconsultants.com

American Express
PO Box 0001
Los Angeles, CA 90096-8000

Aspen Street Architects
PO Box 370
Angels Camp, CA 95222
dhitchcock@asai.us

Oleh Wolowodiuk, M.D., PC
521 E. Mariners Cir.
Fresno, CA 93730
epcma03@aol.com

Fishman, Larsen, Goldring & Zeitler
7112 N. Fresno St., Ste. 450
Fresno, CA 93720
goldring@flgz.net

Travel Nurse Solutions, LLC
3500 Blue Lake Dr., Ste. 290
Birmingham, AL 35243
**Fax: 866-724-2887**

Beckman Coulter Inc.
PO Box 3100
Fullerton, CA 92834-3100
**Fax: 714-773-6617**

Madera Community Hospital
1250 E. Almond Ave.
Madera, CA 93637
btrujillo75@comcast.net

BETA Healthcare Group
1443 Danville Blvd.
Alamo, CA 94507-1911
**Fax: 925-838-6088**

ALPHA Fund
PO Box 419068
Rancho Cordova, CA 95741-9068
**Fax: 916-266-0317**

PG&E Bankruptcy Unit
PO Box 8329
Stockton, CA 95208
jkbe@pge.com

Moss-Adams LLP
3121 W. March Ln., Ste. 100
Stockton, CA 95219-2303
brian.conner@mossadams.com

Sarvamitra Awasthi, M.D., Inc.
324 Vermont Ave.
Dinuba, CA 93618
sawasthimd@hotmail.com

Konica Minolta Medical Imaging
411 Newark Pompton Tpke.
Wayne, NJ 07470
jgarcia@ml.konicaminolta.us

Balbina Ormonde
Deputy Treasurer-Tax Collector
2281 Tulare St., Ste. 105
Fresno, CA 93721
bormonde@co.fresno.ca.us

David W. Evans, Esq.
Deputy County Counsel
2220 Tulare St., Fl. 5
Fresno, CA 93721
devans@co.fresno.ca.us

Trustee(s), Sierra Kings Health Care District
403(b) Pension Plan
372 W. Cypress Ave.
Reedley, CA 93654
**Fax: 559-637-7553**

United States Department of Agriculture
4625 W. Jennifer Ave., Ste. 126
Fresno, CA 93722
sally.tripp@ca.usda.gov
anita.lopez@ca.usda.gov

The Bank of New York Mellon
Bond Trustee, Marina Meza
700 S. Flower St., Ste. 500
Los Angeles, CA 90017-4104
mmeza@bankofny.com

Krueger International
1330 Bellevue St.
Green Bay, WI 54302
wendy.stauber@ki.com

Cardinal Health Pharmaceutical Dist.
3238 Dwight Rd.
Elk Grove, CA 95758
**Fax: 614-553-5656**

Rabobank
(formerly Valley Independent Bank)
915 Highland Pointe Dr., Ste. 350
Roseville, CA 95678

RVC
(formerly Sutro & Co., Inc.)
345 California St., Fl. 29
San Francisco, CA 94104

## Secured Creditors

The Bank of New York Mellon
Bond Trustee, Marina Meza
700 S. Flower St., Ste. 500
Los Angeles, CA 90017-4104
mmeza@bankofny.com

United States Department of Agriculture
4625 W. Jennifer Ave., Ste. 126
Fresno, CA 93722
sally.tripp@ca.usda.gov
anita.lopez@ca.usda.gov

United States Attorney
(For Department of Agriculture)
2500 Tulare St., Ste. 4401
Fresno, CA 93721-1331
**Fax: 559-497-4099**

GE Healthcare
PO Box 843553
Dallas, TX 75284-3553
douglas.dietzen@ge.com

GE Medical Systems
PO Box 843553
Dallas, TX 72284-3553
douglas.dietzen@ge.com

AmeriSource Corp.
2520 Venture Oaks Way, Ste. 140
Sacramento, CA 95833

Amersham Health Inc.
dba GE Healthcare
101 Carnegie Ctr.
Princeton, NJ 08540
**Fax: 877-295-8102**

Bank of the Sierra
1095 W. Manning St.
Reedley, CA 93654
**Fax: 559-591-6951**

Beckman Coulter Inc.
PO Box 3100
Fullerton, CA 92834-3100
**Fax: 714-773-6617**

Becton, Dickinson and Company
1 Becton Dr.
Franklin Lakes, NJ 07417
**Fax: 410-316-4723**

CitiCorp Vendor Finance, Inc.
44 Old Ridgebury Rd.
Danbury, CT 05810

Dade Behring Finance Co.
c/o Siemens Medical Solutions
51 Valley Stream Pkwy.
Malvern, PA 19355-1406

General Electric Capital Corp.
1961 Hirst Dr.
Moberly, MO 65270

Harris Trust Company of CA
601 S. Figueroa St., Ste. 4900
Los Angeles, CA 90017

Olympus America, Inc.
3500 Corporate Pkwy.
Center Valley, PA 18034
**Fax: 484-896-7164**

Saint Agnes Medical Center
1303 E. Herndon Ave.
Fresno, CA 93720
**Fax: 559-450-7668**

Shared Imaging, LLC
801 Phoenix Lake Ave.
Streamwood, IL 60107
**Fax: 888-748-0044**

| | | |
|---|---|---|
| Sutro & Co., Inc.<br>370 17th St., Ste. 1300<br>Denver, CO 80202 | U.S. Bancorp<br>PO Box 790448<br>St. Louis, MO 63179 | Valley Independent Bank<br>7111 N. Fresno St., Ste. 100<br>Fresno, CA 93720 |
| Wells Fargo Financial Leasing, Inc.<br>4695 MacArthur Ct., Ste. 350<br>Newport Beach, CA 92660-8816<br>**Fax: 877-861-4394** | | |

## Taxing Authorities

| | |
|---|---|
| California Attorney General<br>PO Box 944255<br>Sacramento, CA 94244-2550<br>**Fax: 916-323-5341** | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952<br>**Fax: 916-845-6786** |

| | | |
|---|---|---|
| United States Attorney<br>(For Internal Revenue Service)<br>2500 Tulare St., Ste. 4401<br>Fresno, CA 93721-1331<br>**Fax: 559-497-4099** | United States Department of Justice<br>Civil Trial Section, Western Region<br>PO Box 683<br>Washington, DC 20044-0683<br>OOAG.Tax@USDOJ.gov | Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0092<br>**Fax: 916-464-2077** |
| Internal Revenue Service<br>Colbert Tang, Mail Stop HQ5420<br>55 S. Market St., Ste. 801<br>San Jose, CA 95112<br>**Fax: 408-817-6545** | California State Board of Equalization<br>PO Box 942879 MIC 29<br>Sacramento, CA 94279-0029<br>**Fax: 916-327-0615** | California State Board of Equalization<br>PO Box 942879 MIC 29<br>Sacramento, CA 94279-0029 |
| United States Securities and Exchange Commission<br>100 F St. NE<br>Washington, DC 20549<br>sanfrancisco@sec.gov | United States Securities and Exchange Commission<br>100 F St. NE<br>Washington, DC 20549<br>losangeles@sec.gov | |