2009-19728
FILED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002507907

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,

    Debtor.

Tax ID #: 94-1529883
Address: 372 W. Cypress Avenue
Reedley, CA 93654

CASE NO. 09-19728-B-9

Chapter 9

DC No.: WW-28

Date: N/A
Time: N/A
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 12
Judge: Honorable W. Richard Lee

**ORDER SHORTENING TIME ON
MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY**

At Fresno, in the Eastern District of California.

The Application for Order Shortening Time on Motion for Authority to Borrow and Give Security was brought before this Court for its consideration.

The Court having reviewed said Application and the Declaration of Riley C. Walter, and having determined that good cause exists for granting the Application, now therefore,

-1-

ORDER SHORTENING TIME ON MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY

M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\ost.order.032410.gaa.docx

RECEIVED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002507907

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Application is granted.

2. The period of notice is reduced.

3. The hearing shall take place in Fresno on March 31, 2010 at 9:00 o'clock.

4. The Debtor shall give notice to the prescribed service list via facsimile, electronic mail and first class mail by March 24, 2010.

5. Objections to the Motion may be raised at the hearing.

Submitted by:

WALTER & WILHELM LAW GROUP
A Professional Corporation

*/s/ Riley C. Walter*
Riley C. Walter, Attorneys
for Debtors

Dated: March 24, 2010

*/s/ W. Richard Lee*
W. Richard Lee
United States Bankruptcy Judge