FILED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002509683

2

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,<br><br>Debtor.<br><br>Tax ID #: 94-1529883<br>Address: 372 W. Cypress Avenue<br>Reedley, CA 93654 | CASE NO. 09-19728-B-9<br><br>Chapter 9<br><br>DC No.: WW-28<br><br>Date: March 31, 2010<br>Time: 9:00 o'clock<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 12<br>Judge: Honorable W. Richard Lee |

**NOTICE OF HEARING ON MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY**

TO THE PRESCRIBED CREDITORS AND PARTIES IN INTEREST:

You are hereby notified that a hearing on Debtor's Motion for Authority to Borrow and Give Security will take place at the United States Bankruptcy Court on March 31, 2010, at 9:00 o'clock at the United States Courthouse, 2500 Tulare Street, 5th Floor, at the above listed courtroom, Fresno, California, pursuant to an Order Shortening Time. Opposition to the Motion, if any, may be stated at the hearing.

Requests for further particulars should be addressed to the undersigned.

Dated: March 24, 2010

WALTER & WILHELM LAW GROUP
a Professional Corporation

By: /s/ RCW
Riley C. Walter, Attorneys for Debtor