FILED
May 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002656445
Doc 333

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　　rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,<br><br>　　Debtor.<br><br>Tax ID #:　94-1529883<br>Address:　372 W. Cypress Avenue<br>　　　　　Reedley, CA 93654 | CASE NO. 09-19728-B-9<br><br>Chapter 9<br><br>DC No.: WW-28<br><br>Date:　　N/A<br>Time:　　N/A<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 12<br>Judge:　　Honorable W. Richard Lee |

**NOTICE RE MOTION TO BORROW AND GIVE SECURITY**

YOU, AND EACH OF YOU, PLEASE TAKE NOTICE that Sierra Kings Health Care District's Application for Receipt of IGT Funds from the State of California was denied for the current fiscal year.

A further Application will be made in the next fiscal year.

///

///

///

---

NOTICE RE MOTION TO BORROW AND GIVE SECURITY　　-1-　　M:\S-U\Sierra Kings Health Care District\Pleadings\WW-28 Motion to Borrow and Give Security\ntc.deny.052410.gaa.docx

WHEREFORE, please govern yourselves accordingly.

Dated: May 24 2010

WALTER & WILHELM LAW GROUP
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtor