WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Circle, Suite 410
Fresno, California 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for SIERRA KINGS HEALTH CARE DISTRICT, Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**SIERRA KINGS HEALTH CARE DISTRICT,**<br><br>Debtor.<br><br>Tax ID#: 94-1529883<br>Address: 372 W. Cypress Avenue<br>Reedley, CA 93654 | CASE NO. 09-19728-B-9<br><br>Chapter 9<br><br>DC No.: WW-64<br><br>Date: November 10, 2011<br>Time: 9:00 a.m.<br>Place: 2500 Tulare St.,<br>       Courtroom #12<br>       Fresno, California<br>Judge: Honorable W. Richard Lee |

**EXHIBIT PAGE TO THE PLAN OF ADJUSTMENT
DATED AS OF SEPTEMBER 15, 2011**

//
//
//
//
//
//
//

---

| EXHIBIT PAGE TO THE PLAN OF ADJUSTMENT<br>DATED AS OF SEPTEMBER 15, 2011 | 1 | M:\S-U\Sierra Kings Health Care District\Confirm\Exhibit Page for Plan.ptw.092811.wpd |

Filed 09/30/11    Case 09-19728    Doc 840

Filed 09/30/11    Case 09-19728    Doc 840

| INDEX TO EXHIBITS | | PAGES |
|---|---|---|
| "A" | Letter of Intent/ASA | 8 |
| "B" | Spreadsheet of Class 8 Claims | 2 |
| "C" | Spreadsheet of Class 9 Claims | 1 |
| "D" | Leases/Executory Contracts - Assumed and Rejected | 3 |

Dated: September 29, 2011

WALTER & WILHELM LAW GROUP
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Sierra Kings
Health Care District

---

EXHIBIT PAGE TO THE PLAN OF ADJUSTMENT
DATED AS OF SEPTEMBER 15, 2011          2          M:\S-U\Sierra Kings Health Care District\Confirm\Exhibit Page for Plan.ptw.092811.wpd

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559- 537-0051
AdventistHealthCV.com

**Richard L. Rawson**
President & CEO

April 14, 2011

Sierra Kings Health Care District
372 W. Cypress Avenue
Reedley, California 93654
Attn: Kathleen Omachi, Chairperson

    Re:    Affiliation of Sierra Kings District Hospital with
                    Adventist Health Central Valley Network

Ladies and Gentlemen:

        **This Letter of Intent**, referenced in that certain Memorandum of Understanding dated as of February 9, 2011, by and between **Sierra Kings Health Care District**, a California health care district (the "**District**") that is a debtor in bankruptcy case no. 09-19728-B-9 pending in the United States Bankruptcy Court for the Eastern District of California (the "**Bankruptcy Case**"), and **Adventist Health**, a California nonprofit corporation, shall confirm our agreement in principle, subject to the terms and conditions hereinafter described, to enter into certain transactions whereby Sierra Kings District Hospital, a 49-bed acute care hospital located at 372 W. Cypress Avenue, Reedley, California 93654 (the "**Hospital**"), and the services licensed as part of the District's consolidated acute care hospital license—including its birthing center and rural health clinics (collectively, the "**Licensed Operations**")—shall become part of the Adventist Health Central Valley Network.

        1.    **Terms of Network Affiliation**. The Licensed Operations will join "Adventist Health Central Valley Network" principally through two related transactions.

                a.  Adventist Health (or an affiliate of Adventist Health), pursuant to an "**Asset Purchase Agreement**," will: (i) purchase all operating assets comprising the Licensed Operations other than (A) the facilities owned by the District in which the Licensed Operations are conducted (such land, buildings and improvements; collectively the "**Facilities**") and (B) mutually agreed upon excluded assets, (ii) offer employment to District employees engaged in the Licensed Operations, subject to Adventist Health



EXHIBIT __A__

Adventist Health

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559-537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

employment policies and benefits, and (iii) conduct the Licensed Operations under a new acute care hospital license issued by the California Department of Public Health. Adventist Health and the District will file applications for a change of ownership (or "CHOW") of the Hospital pursuant to applicable Medicare regulations.

b. The District will lease the Facilities and all other land, buildings and improvements located on and comprising the Hospital's campus (collectively, the "**Hospital Campus Real Property**") to Adventist Health, pursuant to a "**Master Facilities Lease**." The Master Facilities Lease will be authorized and approved by court order in the Bankruptcy Case pursuant to Section 365 of the Bankruptcy Code.

2. **Asset Purchase Agreement**. The District and Adventist Health will enter into an Asset Purchase Agreement including the following terms:

a. The assets to be acquired by Adventist Health (the "**Purchased Assets**") shall consist of all of the District's assets (personal and intangible) related to the Licensed Operations including, without limitation, furniture, fixtures and equipment, medical records, patient lists, assignment of real property and equipment leases, vendor and services contracts, business records, service marks, work-force-in-place, good will and general intangibles.

b. As additional consideration to Adventist Health, the District shall convey to Adventist Health the following:

(1) an option to lease at fair market value the unimproved property comprising approximately nine (9) acres adjacent to the Hospital Campus Real Property (the "**Adjacent Unimproved Property**"), provided that such lease is co-terminus with the then remaining term of the Master Facilities Lease;

(2) an option to purchase at fair market value both the Hospital Campus Real Property and the Adjacent Unimproved Property, but not separately; and

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559-537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

      (3)    rights of first refusal with respect to the District's sale of the Hospital Campus Real Property and/or the Adjacent Unimproved Property.

  c.  The Purchased Assets would not include the following:

      (1)    The tax revenues of the District;

      (2)    Funds or assets that are restricted or otherwise precluded by law or contract from assignment or transfer;

      (3)    Minute books and other business records of the District that do not pertain to the Licensed Operations;

      (4)    The Facilities and other buildings and improvements located on the Hospital's campus; and

      (5)    Such other assets of the District as the parties mutually agree.

  d.  Adventist Health shall assume only those liabilities under assignable contracts, leases and otherwise as approved in writing by Adventist Health prior to Closing, and shall not assume or be obligated whatsoever, with respect to any other liability of the District, including, without limitation:

      (1)    Sierra Kings Health Care District General Obligation Bonds, Election of 2000, Series 2002;

      (2)    Sierra Kings Health Care District Revenue Bonds, Series 2006A;

      (3)    Sierra Kings Health Care District Revenue Bonds, Series 2006B;

      (4)    Sierra Kings Health Care District General Obligation Bonds, Election of 2006, Series 2007;

      (5)    Sierra Kings Health Care District General Obligation Bonds, Election of 2006, Series 2009; and

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559-537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

      (6)    United States Department of Agriculture, Rural Health Development Loan.

e. The "**Purchase Price**" for the Purchased Assets shall be paid by wire transfer representing immediately available funds on the Closing Date as follows:

    (1)    $4,600,000, which represents the fair market value of the assets comprising the Hospital's rural health clinic operations ("**RHC Assets**"), as confirmed by Deloitte Financial Advisory Services LLP, an independent third party valuation consultant (the "**Valuation Consultant**");

    (2)    $3,636,100, which represents the fair market value of personal property comprising the Hospital's operations (excluding RHC Assets), as confirmed by the Valuation Consultant; and .

    (3)    An amount equal to the working capital amount reflected on the balance sheet of the Hospital; "**Net Working Capital**") as of the Closing. As of February 28, 2011, adjusted for net accounts receivable, at March 31, 2011, the District represents that Adjusted Net Working Capital (including cash) was $4,520,000.

f. The District shall indemnify and defend Adventist Health against all and any loss, cost, expense, claim and/or damage related to the District's conducting the Licensed Operations prior to the closing and with respect to the liabilities retained by the District.

g. Adventist Health shall indemnify and defend the District against all and any loss, cost, expense, claim and/or damage related to Adventist Health's conducting the Licensed Operations after the closing and with respect to the liabilities assumed by Adventist Health.

h. The Asset Purchase Agreement shall contain any other terms, conditions, representations, warranties and restrictive covenants as are usual and customary for such transactions as well as such

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559-537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

additional terms and conditions, not inconsistent with the foregoing, as the parties agree.

3. **Master Facilities Lease**. The District and Adventist Health will enter into a Master Facilities Lease, whereby the District shall lease to Adventist Health the Hospital Campus Real Property. The Master Facilities Lease will include the following terms:

   a. The Master Facilities Lease will be on a triple net basis, provided that Adventist Health's obligation to maintain the Facilities will exclude any obligation relating to compliance with seismic performance standards under California law or regulation.

   b. The initial term of the Master Facilities Lease will be for a period of fifteen (15) years, commencing on the Closing Date (as defined below). The Master Facilities Lease will automatically renew for one (1) additional term of three years (3) years, subject to Adventist Health's right not to renew upon 180 days' written notice to the District.

   c. The annual rent will be $800,000, which represents the fair market value of the Hospital Campus Real Property's use, as confirmed by the Valuation Consultant. The rent would automatically adjust on each anniversary of the Closing Date, in accordance with the annual percentage increase in the Consumer Price Index for All Urban Consumers, not to exceed five percent (5%).

   d. As Master Facilities Lease tenant, Adventist Health will make reasonable office space and meeting rooms available to the District within the Hospital Campus Real Property.

   e. The Master Facilities Lease would contain any other terms, conditions, representations, warranties, affirmative and restrictive covenants as are usual and customary for such transactions, as well as such additional terms and conditions, not inconsistent with the foregoing, as the parties agree.

4. **Closing Date**. Closing of the sale transactions under the Asset Purchase Agreement and commencement of the Master Facilities Lease shall be the later of (i) August 31, 2011, or (ii) on the last day of the month following

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559- 537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

notification from the California Department of Public Health that an acute care hospital license shall be issued to Adventist Health covering the Facilities, or a date mutually agreed to in writing by the parties (the "**Closing Date**").

5. **Costs and Expenses**. Adventist Health shall pay the costs of drafting the initial drafts of Definitive Agreements by legal counsel engaged by Adventist Health, together with the fees and costs of the Valuation Consultant. The District shall pay all cost and expense related to their own attorneys and consultants engaged to review and negotiate the Definitive Agreements on their behalf. The parties acknowledge and agree that the Valuation Consultant is a mutually acceptable third party valuation consultant engaged to appraise the fair market value of the Purchased Assets and to establish commercially reasonable terms of the Master Facilities Lease.

6. **Exclusive Dealing**. As an inducement to Adventist Health to fund the appraisal and initial drafting of Definitive Agreements, the District agrees that, until Closing Date, it will not, without the prior written consent of Adventist Health, directly or indirectly, through any employees, agents, accountants, counsel, auditors, or other representatives (its "**Agents**"), participate in or cause any meeting or negotiation with, solicitation of, or communication to, any third party with respect to the entrance by the District into an agreement or arrangement similar to those arrangements described in this Letter of Intent, or into any joint venture, cooperative relationship, merger, consolidation, acquisition, or sale involving the Licensed Operations or the Purchased Assets.

7. **Access and Information**. Until the Closing Date, the parties shall each provide to the other (or their respective Agents) the opportunity to examine their respective business, properties and consult with appropriate personnel to the extent reasonably necessary to consummate the transactions described in this Letter of Intent. To the extent necessary to consummate the transactions contemplated by this Letter of Intent, the District shall provide to Adventist Health reasonable access to the District's books, contracts, commitments, and records, and personnel, and the District will furnish to Adventist Health such financial and operating data and other information regarding its business, properties and personnel as Adventist Health may reasonably request.

Each party hereto and its respective Agents shall exercise due diligence in safeguarding and maintaining confidential reports and data obtained pursuant to paragraph 7 above in its possession, and will keep and maintain in strict confidence, and not use to the detriment of the other party, all information

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559- 537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

concerning the business, properties, and personnel of the other party obtained in the course of its examination pursuant to the provisions hereof.

   8.　　**Public Announcement**. The District and Adventist Health mutually agree that no party shall issue any press release or make any public announcement of the transaction that is the subject of this Letter of Intent without the prior consent of the other party (including without limitation in any motions or pleadings filed in the Bankruptcy Case), except where a public announcement is required by law as reasonably determined by such party.

   9.　　**Binding Agreement**. By executing this Letter of Intent, the parties enter into a binding agreement to proceed in good faith and with all due diligence to consummate the transactions described herein and to have final written documents ("**Definitive Agreements**") (a) prepared by legal counsel; (b) approved by the respective Boards of Directors of the parties; and (c) executed by authorized officers. Additionally, the consummation of the proposed transactions will also be subject to:

   (1)　　approval by the voters of the District;

   (2)　　good faith approval by Adventist Health of the results of its due diligence review of the Licensed Operations, Facilities and Purchased Assets; and

   (3)　　receipt of all requisite approvals by government agencies and authorities, and of all consents and approvals of third parties as may be required for the transactions contemplated by this Letter of Intent (including, as applicable, orders entered in the Bankruptcy Case). The District and Adventist Health shall cooperate to obtain voter approval required for the proposed change in ownership of the Hospital in an election to occur in June, 2011.

   If you wish to accept the proposal expressed in this letter, please so indicate by signing below. Such acceptance will constitute an agreement in principle among the Parties and will obligate all Parties to proceed in good faith with further negotiations on the basis indicated above, but subject to the above-specified conditions.

**Adventist Health**

*Adventist Medical Center*
*Hanford*

Administration
115 Mall Drive
Hanford CA 93230
Tel 559-537-0050
Fax 559-537-0051
AdventistHealthCV.com

Richard L. Rawson
President & CEO

Very truly yours,

*[signature]*

Electronically Signed 4/14/2011

   Sierra Kings Health Care District hereby accepts the proposal expressed in the foregoing letter.

        SIERRA KINGS HEALTH CARE
        DISTRICT,
        a California health care district

        By: *[signature]*

        Its Interim CEO

EXHIBIT "B"

## Class 8 - Administrative Convenience Class
## Sierra Kings Health Care District, Client No. 79862.009

| Name | Scheduled Amount | Filed Amount | Claim # | Amount Allowed |
|---|---|---|---|---|
| US Dept Health & Human Serv | | $0.00 | 277 | $0.00 |
| MATSON ALARM | $197.71 | $35.00 | 114 | $35.00 |
| MATSON ALARM | | $35.00 | 115 | $35.00 |
| MATSON ALARM | | $37.71 | 116 | $37.71 |
| KASPARIAN'S PAINT CENTER | $50.81 | $69.96 | 46 | $69.96 |
| CREST HEALTHCARE | $94.46 | $94.46 | 66 | $94.46 |
| FRESNO COUNTY TREASURER | $95.40 | $95.40 | 29 | $95.40 |
| CONE INSTRUMENTS, INC. | $103.86 | $103.56 | 55 | $103.56 |
| HILL-ROM COMPANY, INC. [S000162] | $561.19 | $117.88 | 14 | $117.88 |
| LAND AND WHEELS INSTANT SUPPLY | $99.40 | $122.04 | 65 | $122.04 |
| CARSTENS HEALTH IND. INC. | $129.44 | $129.44 | 63 | $129.44 |
| PROFESSIONAL MEDICAL IMAGING | $2,265.84 | $177.03 | 26 | $177.03 |
| HEALTH CARE LOGISTICS | $182.95 | $182.95 | 68 | $182.95 |
| RIDGE ELECTRIC | $203.07 | $203.07 | 44 | $203.07 |
| EMERY-PRATT COMPANY | $220.99 | $220.99 | 54 | $220.99 |
| RANKIN BIOMEDICAL | $230.00 | $230.00 | 59 | $230.00 |
| SENSORS | $215.95 | $232.35 | 71 | $232.35 |
| HUBERT COMPANY | $254.97 | $254.97 | 103 | $254.97 |
| ROBERT HOWARD | $262.91 | $262.91 | 86 | $262.91 |
| UNIPOWER | $265.70 | $265.70 | 67 | $265.70 |
| SMITH AUTO PARTS | $264.62 | $286.44 | 83 | $286.44 |
| CLINICAL AND LABORATORY | $302.50 | $302.50 | 51 | $302.50 |
| ALADDIN TEMP-RITE LLC | $306.34 | $306.34 | 16 | $306.34 |
| WILLIAMS MEDICAL COMPANY | $316.78 | $316.78 | 218 | $316.78 |
| KENTEC MEDICAL, INC. | $325.98 | $325.98 | 64 | $325.98 |
| ARTHROCARE CORPORATION | $330.81 | $330.81 | 112 | $330.81 |
| REPLACEMENT PARTS INDUSTRIES | $0.00 | $344.59 | 60 | $344.59 |
| FOCUS PACKAGING AND SUPPLY CO. | $356.93 | $356.93 | 49 | $356.93 |
| CITY OF PARLIER | $264.39 | $387.27 | 25 | $387.27 |
| CIT TECHNOLOGY FIN | | $390.11 | 87 | $390.11 |
| AUTOMATIC DOOR SYSTEMS, INC. | $400.00 | $400.00 | 47 | $400.00 |
| HD SUPPLY FACILITIES | | $425.67 | 18 | $425.67 |
| BAXTER CARDIO VASCULAR GROUP | $150.00 | $442.17 | 32 | $442.17 |
| CALIFORNIA HEALTH COLLABORATIVE | $301.25 | $480.00 | 45 | $480.00 |
| GARCIA, TIMOTHY D. | $530.00 | $530.00 | 270 | $530.00 |
| SIEMENS WATER TECHNOLOGIES CORP. | $568.64 | $568.64 | 11 | $568.64 |
| RELYCO | $469.92 | $569.92 | 109 | $569.92 |
| ARC-FRESNO | $571.50 | $571.50 | 105 | $571.50 |
| BSN MEDICAL IN | $577.28 | $577.28 | 72 | $577.28 |
| MSC INDUSTRIAL SUPPLY CO. INC. | $550.90 | $639.12 | 3 | $639.12 |
| ARC MEDICAL INC | $672.05 | $672.75 | 85 | $672.75 |
| TOTAL FILTRATION SERVICES INC | $787.66 | $866.35 | 70 | $866.35 |
| SUPERIOR MEDICAL SUPPLY, INC. | $837.86 | $886.20 | 84 | $886.20 |
| UNITED AD LABEL | | $956.15 | 41 | $956.15 |
| TRI-ANIM HEALTH SERVICES INC. | $1,176.70 | $1,022.55 | 271 | $1,022.55 |
| CROWN WINDOW CLEANING & BUILD SCV | $1,080.00 | $1,080.00 | 77 | $1,080.00 |
| EME COMPANY | $1,232.85 | $1,232.85 | 76 | $1,232.85 |
| BRIGGS CORP. | $1,335.06 | $1,335.06 | 15 | $1,335.06 |
| FARMER BROS. CO. | $1,337.18 | $1,337.18 | 96 | $1,337.18 |
| Melvyn Patashmich c/o Lastreto | | $1,350.50 | 332 | $1,350.50 |
| CDW GOVERNMENT INC | $1,407.43 | $1,407.43 | 6 | $1,407.43 |
| HEALTH CARE INSTRUMENTS, INC. | $670.39 | $1,476.72 | 335 | $1,476.72 |
| RON PAUL DISTRIBUTING | $1,924.50 | $1,642.00 | 93 | $1,642.00 |
| LEXI-COMP INC | | $1,740.00 | 20 | $1,740.00 |
| OLYMPUS SURGICAL AMERICA | $1,305.47 | $1,758.41 | 319 | $1,758.41 |
| SIEMENS HEALTHCARE DIAGNOSTICS | $1,236.65 | $1,791.48 | 320 | $1,791.48 |
| OPTI MEDICAL SYSTEMS | $1,380.83 | $1,807.06 | 58 | $1,807.06 |
| LESLIE KIESZ, MD | $1,830.00 | $1,830.00 | 263 | $1,830.00 |

EXHIBIT "B"

| Name | Scheduled Amount | Filed Amount | Claim # | Amount Allowed |
|---|---|---|---|---|
| ABBOTT LABORATORIES #92679 | $1,368.63 | $1,890.51 | 4 | $1,890.51 |
| COLLINS & SCHOETTLER | $2,000.00 | $2,000.00 | 53 | $2,000.00 |
| SUTTER HEALTH MED | | $2,017.50 | 78 | $2,017.50 |
| UNISOURCE WORLDWIDE INC. | $2,125.18 | $2,125.18 | 13 | $2,125.18 |
| California Info. Mngment | | $2,230.48 | 264 | $2,230.48 |
| PHILIPS MEDICAL SYSTEMS HSG | $2,404.15 | $2,300.18 | 38 | $2,300.18 |
| COOPER SURGICAL | $2,654.06 | $2,654.06 | 91 | $2,654.06 |
| ST. JOHN COMPANIES | $2,660.87 | $2,660.87 | 74 | $2,660.87 |
| PRODUCERS DAIRY CO. | $2,701.94 | $2,787.98 | 80 | $2,787.98 |
| MINDRAY DS USA | | $2,799.51 | 95 | $2,799.51 |
| | | | TOTAL | $59,081.43 |

Class 8 - Administrative Convenience Class
Sierra Kings Health Care District, Client No. 79862.009

EXHIBIT "C"

**Class 9 – Allowed General Unsecured Claims Exceeding $3,000.00**
**Sierra Kings Health Care District, Client No. 79862.009**

| Name | Scheduled Amount | Filed Amount | Claim # | Amount Allowed |
|---|---|---|---|---|
| RX RELIEF | $3,223.20 | $3,223.20 | 117 | $3,223.20 |
| HEWLETT-PACKARD | $3,364.89 | $3,364.89 | 33 | $3,364.89 |
| PACE SYMPOSIA, INC | $3,445.00 | $3,445.00 | 61 | $3,445.00 |
| T-SYSTEM, INC. | $3,300.00 | $3,725.80 | 48 | $3,725.80 |
| BIO-RAD LABORATORIES | $2,846.44 | $3,758.09 | 7 | $3,758.09 |
| MEDLINE INDUSTRIES | $3,317.18 | $3,882.84 | 27 | $3,882.84 |
| BOSTON SCIENTIFIC CORPORATION | $3,987.00 | $3,987.00 | 104 | $3,987.00 |
| CENTRAL SANITARY SUPPLY | $3,962.96 | $5,292.71 | 73 | $5,292.71 |
| STAPLES, INC. |  | $6,143.05 | 5 | $6,143.05 |
| HOSPITAL COUNCIL OF NORTHERN | $11,985.58 | $6,199.34 | 337 | $6,199.34 |
| JOHNSON & JOHNSON HEALTH CARE | $2,797.76 | $6,483.91 | 92 | $6,483.91 |
| MEDICAL INFORMATION TECHNOLOGY | $6,760.00 | $6,760.00 | 275 | $6,760.00 |
| PAWAN KUMAR MD | $6,800.00 | $6,800.00 | 265 | $6,800.00 |
| HOLOGIC, INC. |  | $6,879.36 | 97 | $6,879.36 |
| SEQUOIA SAFETY COUNCIL | $3,635.00 | $6,980.21 | 334 | $6,980.21 |
| THE GAS COMPANY | $7,080.09 | $8,825.62 | 23 | $8,825.62 |
| RX PRO HEALTH | $9,124.23 | $8,986.84 | 36 | $8,986.84 |
| RURAL WISCONSIN | $11,316.50 | $9,134.46 | 88 | $9,134.46 |
| CARDINAL HEALTH | $5,253.21 | $9,235.86 | 40 | $9,235.86 |
| CHG MEDICAL STAFFING |  | $9,556.64 | 34 | $9,556.64 |
| OFFICE MAX INCORPORATED | $8,487.65 | $9,812.80 | 8 | $9,812.80 |
| MERRY X-RAY CORPORATION | $9,577.69 | $10,504.49 | 75 | $10,504.49 |
| VALLEY YELLOW PAGES | $2,924.90 | $11,764.50 | 108 | $11,764.50 |
| VALLEY NETWORK SOLUTIONS | $11,323.27 | $11,948.61 | 99 | $11,948.61 |
| AWASTHI, SARVAMITRA M.D., INC. | $11,801.40 | $12,022.68 | 106 | $12,022.68 |
| TELECOM CONSULTANTS, INC | $11,201.38 | $13,591.39 | 94 | $13,591.39 |
| LARRY PHILLIPS, INC. |  | $13,863.20 | 52 | $13,863.20 |
| 3M Company | $19,266.51 | $14,857.38 | 57 | $14,857.38 |
| L & J TELESMANIC REHABILITATION | $14,100.00 | $15,675.00 | 79 | $15,675.00 |
| SYSCO FOOD SERVICES OF CENTRAL CA | $16,676.53 | $16,707.94 | 56 | $16,707.94 |
| CUSTOMER CARE NETWORK | $13,964.84 | $17,963.37 | 118 | $17,963.37 |
| LEVISON SEARCH ASSOCIATES | $7,681.41 | $18,097.92 | 274 | $18,097.92 |
| SANOFI PASTEUR, INC. | $19,274.05 | $19,032.39 | 89 | $19,032.39 |
| AMERICAN EXPRESS | $112,850.49 | $19,136.47 | 1 | $19,136.47 |
| FISHER HEALTHCARE | $18,536.33 | $23,835.05 | 17 | $23,835.05 |
| RN DEMAND, INC | $33,145.25 | $37,351.75 | 37 | $37,351.75 |
| VALLEY MEDICAL STAFFING | $47,182.00 | $44,318.00 | 82 | $44,318.00 |
| EMPLOYMENT DEVELOPMENT DEPT | $0.00 | $59,223.80 | 42 | $47,521.08 |
| PROFESSIONAL HOSPITAL SUPPLY INC. | $29,516.88 | $48,863.66 | 266 | $48,863.66 |
| MOSS-ADAMS LLP | $48,389.00 | $50,405.20 | 336 | $50,405.20 |
| CARDINAL HEALTH PHARMACEUTICAL | $50,481.59 | $50,481.59 | 39 | $50,481.59 |
| FISHMAN LARSEN GOLDRING ET AL | $75,325.00 | $75,324.71 | 338 | $75,324.71 |
| AMERICAN EXPRESS |  | $93,714.02 | 2 | $93,714.02 |
| US BANCORP |  | $197,734.48 | 19 | $197,734.48 * |
| GE MEDICAL SYSTEMS INFO [S000048] | $13,312.05 | $256,865.29 | 102 | $256,865.29 |
| PEROT SYSTEMS REVENUE CYCLE | $289,508.93 | $257,542.26 | 113 | $257,542.26 |
| CALIFORNIA DEPARTMENT OF HEALTH | $0.00 | $373,047.75 | 100 | $373,047.75 |
| MEDICAL STAFFING NETWORK (Inc?) | $438,164.58 | $438,164.58 | 24 | $438,164.58 |
| GE HEALTHCARE [S002872] | $506.50 | $534,889.83 | 101 | $534,889.83 |
|  |  |  | **TOTAL** | **$3,000,000.00 - $4,000,000.00** ** |

\* Not yet allowed. Estimated allowable claim is about $40,000 or less.
\*\* To this sum may be added additional Class 9 claims not yet allowed. Some of these claims may be reduced after further discussions with the claimants.

EXHIBIT "D"

## EXECUTORY CONTRACTS AND NON-RESIDENTIAL REAL PROPERTY LEASES - ASSUMED/REJECTED
### Sierra Kings Health Care District, Client No. 79862.009

| PARTIES TO CONTRACT/LEASE | DESCRIPTION OF AGREEMENT | ASSUMED / REJECTED |
|---|---|---|
| 3M company | software license agreement- HIM | Assumed |
| Accent Health | Health Related video programming provided in all RHC waiting rooms | Assumed |
| All Valley Administrators | Administrative services for the employer's plan. | Assumed |
| Alta Elementary School | Memorandum of Understanding | Assumed |
| Axis Capital, Inc. | Postage Machine | Assumed |
| BD Diagnostic Systems | Equipment Rental - BACTEC 9050 Instrument | Assumed |
| Beverly Healthcare dba Hillcrest Convalescent Hospital | Transfer Patients when needed. | Assumed |
| Beverly Healthcare dba Hillcrest Convalescent Hospital | Helathcare Services Agreement (Clinical Laboratory Services | Assumed |
| Bressler, Clifford | Independent Trustee of Pension Plan | Assumed |
| C.A. Reding Company INC. | Copier usage and service agreement | Assumed |
| Cal Family Health Inc./ Joginder Matharu and Jaswant Chahal-Matharu | Sub-Ground Lease for addreess 1415 N. Acacia, Ste. 101, Reedley, CA | Assumed |
| California Pacific Medical Center | Patient transfer Agreement | Assumed |
| Central Valley Rural Dialysis | Lease - 1421 N. Acacia Ave, #101, Reedley, CA 93654 | Assumed |
| CSU Dominquez Hills | Clinical Affiliation Agreement | Assumed |
| Data Systems Group | Additional System Software - Medicare Trailblazer | Assumed |
| Financial Credit Network, Inc | deliquent accounts recievable services | Assumed |
| Formfast, Inc. | End user license | Assumed |
| Fresno City College | Use of facilities as clinical sites for Radiologic Health Branch | Assumed |
| Fresno Community Medical Center | Transfer agreement | Assumed |
| GE Healthcare | Centricity Perinatal Customer Quotation | Assumed |
| GE Healthcare | QS Software Services Agreement | Assumed |
| Gurnick Academy of Medical Arts | vocational nursing educational experience. | Assumed |
| Heritage Storage Facilities | Storage Space - still using | Assumed |
| HFS Consultants | PPS Reimbursement preparations | Assumed |
| Hospital Council of Northern and Central California | Patient Transfer Agreement for 4-county region acute hospitals | Assumed |
| Imai, Ren and Harrbegger, Janet | Ground Lease for 1429 N. Acaia | Assumed |
| Jefferson Elementary School | Memorandum of Understanding | Assumed |
| Kings Credit Services | Medical Billing and accounts receivable management | Assumed |
| M.D. Ventures | Lease of RHC Orange Cove - 1455 Park Blvd, Orange Cove, CA | Assumed |
| M.D. Ventures | Lease for RHC Parlier - 155 Newmark Ave, Parlier, CA | Assumed |
| M.D. Ventures | Lease for RHC Dinuba- 250 W. El Monte Ave, Dinuba, CA | Assumed |
| Matson Alarm | Lease of RHC Orange Cove - 1455 Park Blvd, Orange Cove, CA | Assumed |
| Medical Information Technology (MediTech) | licensed software | Assumed |
| Medical Provider Agreement | Medical Provider Agreemet- RHC | Assumed |
| Neopost | Lease of postage meters - rate change protection agreement | Assumed |
| Orchard Medical Center | Transfer Agreement | Assumed |
| Pacific BioMedical | Blood Gas Cassettes | Assumed |

## EXECUTORY CONTRACTS AND NON-RESIDENTIAL REAL PROPERTY LEASES - ASSUMED/REJECTED
### Sierra Kings Health Care District, Client No. 79862.009

| PARTIES TO CONTRACT/LEASE | DESCRIPTION OF AGREEMENT | ASSUMED / REJECTED |
|---|---|---|
| Physician Clinical Laboratory, Inc. - now known as Quest/Unilab | Specimen collection | Assumed |
| Reedley Mini Storage | Storage Unit #5 | Assumed |
| Reedley Mini Storage | Storage Unit #6 | Assumed |
| Reedley Mini Storage | Storage Unit #7 | Assumed |
| Rural Wisconsin Health Cooperative | Quality Indicators Program | Assumed |
| San Joaquin Valley College, Inc. | clinical laboratory experience at hospital facilities | Assumed |
| San Joaquin Valley College, Inc. | Clinical experience for pharmacy technology program | Assumed |
| San Joaquin Valley College, Inc. | Clinical experience for medical assisting program at hospital facilities | Assumed |
| Sante Health Systems | Lease - Dr's Nakamura and Sorenson | Assumed |
| Sierra View Homes | Transfer Agreement | Assumed |
| State Center Community College District | clinical education program in Radiology Technology | Assumed |
| State Center Community College District | Clinical education program for phelbotomy technician | Assumed |
| State Center Community College District/ Fresno City College | Use of facilities as clinical sites for surgical technology courses | Assumed |
| State of California Emergency Medical Services Authority | Bioterrosim preparedness program will provide equipment, supplies, pha | Assumed |
| Stericycle, Inc. | Collect, transport, treat and dispose of all medical waste. RHC Sites | Assumed |
| Telecom Consultants LLC | VOIP Long Distance and Local Service | Assumed |
| Tulare County | Health Care for Indigents | Assumed |
| University of California, Davis School of Medicine | Undergraduate medical education programs for medical students at SKD | Assumed |
| Valley Yellow Pages | Advertising-SKDH, clinics, physicians/surgeons, Physival Therapy, etc | Assumed |
| Verizon Business Network Services, Inc. | Communication services such as, Internet dedicated service, netwrok ac | Assumed |
| Visalia Unified School District | Clinical education for vocational nursing program | Assumed |
| X-act Technology Solutions | Technical support, software upgrades, switch replacement, technical ser | Assumed |
| Aetna Health Plans of California, Inc. | Managed Care Agreement | Rejected |
| Angelica Textiles Services, Inc. | Linen supplies | Rejected |
| Anthem Blue Cross | Facility Provider Agreement | Rejected |
| Beckman Coulter | Agreement 23728US - HmX w/Autoloader - Lease/Purchase | Rejected |
| Beckman Coulter | Agreement 24767US - UniCel DxC 600i Clinical System - Reagent Rent | Rejected |
| Blue Shield | Facility Provider Agreement | Rejected |
| California Health Collaborative | Agreement to report cancer incidence to Cancer Registry of central Calif | Rejected |
| Cardinal Health 110, Inc. | Prime Vendor Agreement for Pharmaceutical supplies. Contract is with | Rejected |
| CCN | Facility Provider Agreement | Rejected |
| Champus | Facility Provider Agreement | Rejected |
| Childrens Hospital Central California | Transfer Agreement | Rejected |
| Choicecare Network |  | Rejected |
| Cigna | Facility Provider Agreement | Rejected |
| Community Health Plan | Facility Provider Agreement | Rejected |
| Customer Care Network | Outsource billing services and intake phone calls | Rejected |
| EHS Medical Group | MOU for IPA | Rejected |
| GE Healthcare | CT Scanner | Rejected |

EXHIBIT "D"

## EXECUTORY CONTRACTS AND NON-RESIDENTIAL REAL PROPERTY LEASES - ASSUMED/REJECTED
### Sierra Kings Health Care District, Client No. 79862.009

| PARTIES TO CONTRACT/LEASE | DESCRIPTION OF AGREEMENT | ASSUMED / REJECTED |
|---|---|---|
| GE Healthcare | MRI Scanner - This was NOT an agreement only a promissory note for a | Rejected |
| Health Net | Facility Provider Agreement | Rejected |
| Independence Medical Group | IPA Amendment to Provider Contract | Rejected |
| Interplan Health Group | Third Party Health Plan | Rejected |
| Laboratory Corporation of America | Lab testing agreement | Rejected |
| Life Guard | Facility Provider Agreement | Rejected |
| Madera Community Hospital | Shared Services | Rejected |
| MultiPlan | Facility Provider Agreement | Rejected |
| One Health - Great West | Facility Provider Agreement | Rejected |