FILED
September 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003804896

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br>**SIERRA KINGS HEALTH CARE DISTRICT**, a California Health Care District,<br>    Debtor.<br>Tax ID #:   94-1529883<br>Address:    372 W. Cypress Avenue<br>                    Reedley, CA 93654 | CASE NO.  09-19728-B-9<br>Chapter 9<br>DC No.: WW-88<br>Date:      October 13, 2011<br>Time:      9:00 a.m.<br>Place:     2500 Tulare Street<br>               Fresno, CA 93721<br>               Courtroom 12<br>Judge:    Honorable W. Richard Lee |

**DECLARATION OF TERESA JACQUES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SIERRA KINGS HEALTH CARE DISTRICT TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES**

I, Teresa Jacques, hereby declare and represent as follows:

1. My name is Teresa Jacques. I am the interim CFO of Sierra Kings Health Care District ("Debtor").

2. I make this Declaration in support of Debtor's Motion for Order Authorizing Sierra Kings Health Care District to Assume and Assign Executory Contracts and Unexpired Non-Residential Real Property Leases ("Motion").

3.　　I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4.　　On October 8, 2009, Debtor filed a voluntary petition for Chapter 9 bankruptcy.

5.　　Debtor is a local health care district formed pursuant to Health and Safety Code Section 3200 et seq. Debtor owns and operates Sierra Kings District Hospital.

6.　　Debtor has entered into a transaction with Adventist Health and its affiliates, including Reedley Community Hospital ("AH") whereby Debtor will sell all of its personal property assets ("Sale") and lease its real property to AH. AH intends to use such personal property assets in the business of providing healthcare services within Debtor's health care district. The Sale is due to close on or about October 31, 2011.

7.　　As a part of the Sale, certain executory contracts and unexpired leases ("Designated Contracts and Leases"), identified in Exhibit "A" ("Exhibit 'A'") of this Declaration, are to be assumed by Debtor and assigned to AH.

8.　　Exhibit "A" accurately specifies, respectively as to each of the Designated Contracts and Leases, the following information: the (1) contract party, and (2) subject contract or lease.

9.　　Assumption of the Designated Contracts and Leases is essential to Debtor's consummation of the Sale to AH because the Designated Contracts and Leases have been identified by Debtor and AH as critical to the business operations for which AH will use the personal property assets that are to be transferred to AH in the Sale.

10.　　Debtor will have the financial assets to cure all defaults under the Designated Contracts and Agreements. Debtor will have the financial assets to compensate non-Debtor parties to the Designated Contracts and Leases for pecuniary losses resulting from said defaults.

11.　　AH is an established and well-capitalized entity. It has demonstrated its ability to perform under the Designated Contracts and Leases by its prolonged success

and growth in the health care industry. That AH has agreed to purchase all personal property assets of the Debtor as a part of the Sale should provide all non-Debtor parties to the Designated Contracts and Leases with adequate assurance of future performance.

12. Due to the close proximity Closing Date of the Sale to AH, AH and Debtor are under time pressure to complete tasks associated with the closing requirements of the Purchase Agreement. A fourteen (14) day stay of order authorizing the assumption and assignment of the Designated Contracts and Leases could delay closing and jeopardize Debtor's ability to consummate the Sale to AH.

13. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this ___ day of September, 2011, at Redding, California.

_____
Teresa Jacques, Interim CFO,
Sierra Kings Health Care District