FILED
September 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003804892

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California Health Care District,<br><br>Debtor.<br><br>Tax ID #: 94-1529883<br>Address: 372 W. Cypress Avenue<br>Reedley, CA 93654 | CASE NO. 09-19728-B-9<br><br>Chapter 9<br><br>DC No.: WW-88<br><br>Date: October 13, 2011<br>Time: 9:00 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 12<br>Judge: Honorable W. Richard Lee |

**EXHIBIT TO DECLARATION OF TERESA JACQUES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SIERRA KINGS HEALTH CARE DISTRICT TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES**

| No. | Description | Pages |
|---|---|---|
| A | List of Designated Contracts and Leases | 1 |

Dated: September 30, 2011

WALTER & WILHELM LAW GROUP
a Professional Corporation

_____
Riley C. Walter, Attorneys for Debtor

EXHIBIT TO DECLARATION OF TERESA JACQUES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SIERRA KINGS HEALTH CARE DISTRICT TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES

-1-

M:\S-U\Sierra Kings Health Care District\Pleadings\WW-88 Motion to Assume and Assign\Exhibit Page. 093011.jas.docx

# EXHIBIT "A"

| Party | Subject Contract or Lease |
|---|---|
| 3M Company | Software license agreement – HIM |
| C.A. Reding Company, Inc. | Copier usage and service agreement |
| California Pacific Medical Center | Patient transfer agreement |
| GE Healthcare | Centricity Perinatal Customer Quotation |
| GE Healthcare | QS Software Services Agreement |
| Hospital Council of Northern and Central California | Patient transfer agreement for 4-county region acute hospitals |
| Medical Information Technology (MediTech) | Licensed software |
| Pacific Biomedical | Blood gas cassettes |
| Stericycle, Inc. | Collect, transport, treat and dispose of all medical waste. RHC Sites. |
| Telecom Consultants LLC | Long Distance and Local Service |
| Valley Yellow Pages | Advertising |
| Verizon Business Network Services, inc. | Communication services |
| X-act Technology Solutions | Technical support and software upgrades |