Filed 11/20/15 Case 09-19728 Doc 1309



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

FILED
NOV 20 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
SIERRA KINGS HEALTH CARE ) Bankruptcy Case No. 09-19728-B-9
DISTRICT, a California Health Care )
District, )
)
)
Debtor. )

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED** that the Chapter 9 case of the above-named debtor is closed.

DATED: NOV 20 2015

FOR THE COURT
WAYNE BLACKWELDER, CLERK
U.S. Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721
(559) 499-5800